FILED

JAN 17 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SFA GROUP, LLC,<br><br>　　　　Plaintiff-Appellee,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON; et al.,<br><br>　　　　Defendants-Appellants. | No.　16-56467<br><br>D.C. No.<br>2:16-cv-04202-GHK-JC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

　　　Pursuant to the stipulation of the parties (Docket Entry No. 45), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

　　　A copy of this order shall serve as and for the mandate of this court.

　　　　　　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　　　　　　By: Ann Julius
　　　　　　　　　　　　　　　　Circuit Mediator

aj/mediation